# LAW OFFICES OF CHARLES H. JOHNSON, P.A.

*Attorneys at Law*

LAW CENTER
2599 MISSISSIPPI STREET
NEW BRIGHTON, MINNESOTA 55112
TELEPHONE: (651) 633-5685
TOLL FREE: (800) 535-5727
FAX: (651) 633-4442
www.charleshjohnsonlaw.com
bdehkes@charleshjohnsonlaw.com

November 30, 2012

Steve Johnson, Esq.
The Johnson Law Firm
3437 West Seventh Street – Suite 258
Fort Worth, Texas 76107

Re: William Drake
DuPuy Hip Replacement Claim

Dear Steve:

Enclosed herewith is a copy of the Substitution of Attorneys signed by William Drake and myself.

I want to explain that I have an ongoing professional relationship with Mr. Drake's family. They wanted a local attorney who they could actually meet with in person.

Would you please forward a copy of the complete file to me. If you have any out-of-pocket expenses, let me know and I will reimburse you.

Thank you.

Sincerely,

Charles H. Johnson

CHJ/cr
Enc.

In Re: DePuy Hip Replacement Claim

William Drake,

    Plaintiff,

vs.

DePuy Orthopedics, Inc.,
Johnson & Johnson Services, Inc.,
and Johnson & Johnson,

    Defendants:

**SUBSTITUTION OF ATTORNEYS**

    **PLEASE TAKE NOTICE** that the undersigned, Charles H. Johnson, 2599 Mississippi Street, New Brighton, Minnesota, 55112 is herewith substituted as and for The Johnson Law Firm, 3437 West Seventh Street - #258, Fort Worth, Texas 76107, in the above-entitled proceeding.

Dated this 1st day of December, 2012

_____
CHARLES H. JOHNSON
Attorney at Law
2599 Mississippi Street
New Brighton, MN 55112
651-633-5685

    I hereby consent to the substitution of Charles H. Johnson to act as my attorney in the above-entitled action.

Dated: this 27 day of November, 2012.

X _____
WILLIAM DRAKE